CRIMINAL COMPLAINT

# United States District Court

DISTRICT of ARIZONA

United States of America
v.
Anthony Marquez, Jr.
DOB: 1974; U.S. Citizen; SSN: xxx-xx-8615
Melcina Ann Davis;
DOB: 1981; U.S. Citizen; SSN: xxx-xx-2227

JAN 3 2007

DOCKET NO.

MAGISTRATE'S CASE NO.
07-07574M

Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about December 31, 2006, at or near the village of Menagers, on the Tohono O'odham Indian Nation, in the District of Arizona, **Anthony Marquez, Jr. and Melcina Ann Davis,** named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 81 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 31, 2006, at approximately 7:00 p.m., while on a traffic stop, U.S. Border Patrol agents observed a vehicle passing their location and traveling northbound on Federal Route 1, on the Tohono O'odham Indian Nation, in the District of Arizona. As the vehicle passed the agent's location, it did not slow down. The agents followed the vehicle and noticed that the vehicle was riding low. The agents activated their emergency equipment to perform an immigration check but the vehicle only slowed down and did not stop immediately. When the vehicle finally stopped, the driver, **Anthony Marquez, Jr.**, got out of the vehicle. **Marquez** was ordered to return to the vehicle but instead he took off running into the desert area. One of the agents chased **Marquez** and apprehended him. The second Border Patrol agent approached the vehicle and made contact with the female passenger, **Melcina Ann Davis**. The agent making contact with **Davis** also observed four bundles of marijuana in the back seat of the vehicle. A further search of the vehicle revealed five additional bundles of marijuana in the trunk of the vehicle for a total of approximately 81 kilograms of marijuana.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Kleiner/kc

AUTHORIZED BY: AUSA [signature]

SIGNATURE OF COMPLAINANT (official title)
[signature] TFA

OFFICIAL TITLE Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1)]
[signature]

DATE
January 3, 2007

[1)] See Federal rules of Criminal Procedure Rules 3 and 54